# UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| WALTER BIEDRAWA,<br>         Plaintiff(s) | )<br>)<br>) |
| v. | )   CIVIL ACTION NO. 3:10-cv-30147-MAP<br>) |
| HARTFORD LIFE and ACCIDENT<br>INSURANCE COMPANY,<br>         Defendant(s) | )<br>)<br>) |

### JUDGMENT IN A CIVIL CASE

**Michael A. Ponsor, D.J.**

[ ]  **Jury Verdict.**  This action came before the court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[X]  **Decision by the Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

   **IT IS  ORDERED AND ADJUDGED**

**JUDGMENT** entered for the defendant Hartford Life and Accident Insurance Company, against the plaintiff Walter Biedrawa, pursuant to the court's endorsed order entered this date, granting the defendant's motions for judgment.

                                                              **SARAH A. THORNTON**,
                                                              CLERK OF COURT

Dated: November 22, 2011                  By /s/ *Maurice G. Lindsay*
                                                              Maurice G. Lindsay
                                                              Deputy Clerk

(Civil Judgment (Routine).wpd - 11/98)                                                              [jgm.]